■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN ROSSI, Appellant. [619 NYS2d 558] —Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered September 28, 1993, convicting defendant, after a nonjury trial, of perjury in the first degree, and making a punishable false written statement, and sentencing him to a term of probation, unanimously affirmed.

Viewing the evidence in the light most favorable to the People, the evidence adduced at the defendant's trial estab-

lishes his guilt beyond a reasonable doubt *(People v Malizia,* 62 NY2d 755, 757, *cert denied* 469 US 932).* Not only was the evidence of falsity sufficient but it is also clear that defendant's statement was a material factor as to whether the Grand Jury would indict the suspect since defendant's testimony turned a case based upon circumstantial evidence into one of direct evidence *(see, People v Davis,* 53 NY2d 164, 171). Concur—Murphy, P. J., Rosenberger, Ross, Rubin and Williams, JJ.